Petition for Writ of Mandamus Denied and Memorandum Opinion filed July
31, 2003









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed July 31, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00802-CV

____________

 

IN RE JAMES GOODMAN, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On July 18, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  The petition fails to comply with the
verification requirements of Tex.  R. 
App.  P.  52.3.

We deny relator=s petition for writ of mandamus.

 

PER CURIAM

 

 

Petition Denied
and Memorandum Opinion filed July 31, 2003.

Panel consists of
Justices Yates, Hudson, and Frost.